01-15-00997-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:52:06 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

HONORABLE STACEY BOND
176TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name:  JAIRO MORENO

Cause No:  1373238

Court:  176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/18/2015
**Sentence Imposed Date:** 11/18/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  TO BE DETERMINED**

Sincerely,

*/s/ N. Salinas*
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      JUDY FOX (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1373238

# THE STATE OF TEXAS
## V.
Jairo Moreno _____, A/K/A/ _____

176th District Court / County Criminal Court at Law No. _____

## Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On November 18, 2015 _____ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

FILED
Chris Daniel
District Clerk
NOV 18 2015
Time: _____
By _____
Harris County, Texas
Deputy

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

11·18·15
**Date**

_Jairo Moreno_
**Defendant (Printed name)**

_Allison Secrest_
**Attorney (Signature)**

Allison Secrest
**Attorney (Printed name)**

24054622
**State Bar Number**

808 Travis, 24th Floor Houston, TX 77002
**Address**

713. 222·1212
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☑ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_Jairo Moreno_
**Defendant (Signature)**

Jairo Moreno
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON NOV 18 2015 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **NOV 1 8 2015** _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☑ ___To Be Determined_____(attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal.

        ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set.

    ☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: **NOV 1 8 2015** _____
            11\18\15

_Stacy W. Bond_ _____
**JUDGE PRESIDING,**
_____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO.** ____,
**HARRIS COUNTY, TEXAS**

 

Cause No. 13 73 238

| THE STATE OF TEXAS | IN THE     DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

FILED
Chris Daniel
District Clerk

NOV 18 2015

Time:_____
Harris County, Texas

By_____
Deputy

NOV 18 2015

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 24054622

Mailing Address: 808 Travis, 24th Floor

Telephone number: 713.228.1212

Fax number (if any): 713.650.1602

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Court **176TH** _Due: 1-17-16_ **1st**

Cause No. **1373238**

**The State of Texas**
**Vs**

_Jairo Moreno_

**Date Notice**
**Of Appeal:** 11·18·15
11/18/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Stacey Bond
**Court Reporter** Judy Fox
**Court Reporter**_____
**Court Reporter**_____

**Attorney**
**on Trial** Allison Secrest

**Attorney**
**on Appeal** To Be Determined

**Appointed**_____ **Hired**_____

**Offense** Aggravated Robbery - Deadly Weapon

**Jury Trial:** Yes_____ No ✓

**Punishment**
**Assessed** 20 YRS TDC

**Companion Cases**
**(If Known)** 1373451

**Amount of**
**Appeal Bond**_____

**Appellant**
**Confined:** Yes_____ No_____

**Date Submitted**
**To Appeal Section**_____

**Deputy Clerk** S. Charleston 11-20-15

997